**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. ACT. NO. 1:24-cr-130-TFM-MU |
| | ) | |
| EDWARD LEE PRUETT | ) | |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

On October 23, 2024, the Defendant Edward Lee Pruett, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Drugs.  *See* Docs. 20, 21.  The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted.  *See* Doc. 22.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **April 24, 2025 at 10:30 a.m.** under separate Order.

**DONE** and **ORDERED** this 7th day of November, 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE